UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                               :

JACQUELINE M. LAJARA,                        **ORDER**

                               :

               Plaintiff,             20 Civ. 0880 (LJL)

                               :

               v.                               :

ANDREW M. SAUL,
Commissioner of Social Security,          :

               Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**LEWIS J. LIMAN**, United States District Judge.

        WHEREAS, on June 2, 2020, and June 17, 2020, the defendant offered to settle this case by remand to the Commissioner of Social Security for further administrative proceedings; and

        WHEREAS, a copy of the defendant's settlement proposal is attached to this order; and

        WHEREAS, plaintiff has not responded to this offer;

        IT IS HEREBY ORDERED, that by <u>AUGUST 15, 2020</u>, plaintiff shall respond to the defendant's settlement proposal.

Dated:     New York, New York
           July  6, 2020

                            **SO ORDERED**:

                            _____
                            LEWIS J. LIMAN
                            United States District Judge



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 2, 2020

Jacqueline M. Lajara
571 East 167th Street
Apt. 1G
Bronx, NY 10456

Re: Jacqueline M. Lajara   v. Commissioner of SSA
    20 Civ. 0880 (LJL)

Dear Ms. Lajara:

The Social Security Administration wishes to remand the above-referenced case for further administrative proceedings. Enclosed please find the original and a copy of a proposed stipulation and order to that effect.

If you agree, please sign and return the original stipulation.  The remaining copy is for your files.  If you have any questions, please call me at the telephone number provided below.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By: ___s/ Dianna Martinez
    DIANNA MARTINEZ
    Legal Assistant
    Tel. No.: (212) 637-2765

Encs.

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-2713


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                              :

JACQUELINE M. LAJARA,

                              :

               Plaintiff,        **STIPULATION AND ORDER**

                            :       **OF REMAND**

     v.

                            :       20 Civ. 0880 (LJL)

ANDREW M. SAUL,
Commissioner of Social Security,     :

                 Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


      IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the

defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment.  See Shalala v. Schaefer,

509 U.S. 292 (1993).

Dated: New York, New York
        June  1    , 2020




_____
JACQUELINE M. LAJARA
Plaintiff Pro Se
571 East 167th Street, Apt. 1G
Bronx, New York 10456
Telephone No.  (929) 285-6475




GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for Defendant



By:     *Susan D. Baird*
        _____
        SUSAN D. BAIRD
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone No.  (212) 637-2713
        Susan.Baird@usdoj.gov




SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE