UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :
JACQUELINE M. LAJARA,                    **ORDER**
                              :
        Plaintiff,                  20 Civ. 0880 (LJL)
                              :
        v.
                              :
ANDREW M. SAUL,
Commissioner of Social Security,       :

        Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**LEWIS J. LIMAN**, United States District Judge.

        WHEREAS, on June 2, 2020, and June 17, 2020, the defendant offered to settle this case by remand to the Commissioner of Social Security for further administrative proceedings; and

        WHEREAS, a copy of the defendant's settlement proposal is attached to this order; and

        WHEREAS, plaintiff has not responded to this offer;

        IT IS HEREBY ORDERED, that by <u>AUGUST 15, 2020</u>, plaintiff shall respond to the defendant's settlement proposal.

Dated:      New York, New York
               July  6, 2020

                                             **SO ORDERED**:

                                             LEWIS J. LIMAN
                                             United States District Judge



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 2, 2020

Jacqueline M. Lajara
571 East 167th Street
Apt. 1G
Bronx, NY 10456

      Re: <u>Jacqueline M. Lajara   v. Commissioner of SSA</u>
         20 Civ. 0880 (LJL)

Dear Ms. Lajara:

      The Social Security Administration wishes to remand the above-referenced case for further administrative proceedings. Enclosed please find the original and a copy of a proposed stipulation and order to that effect.

      If you agree, please sign and return the original stipulation. The remaining copy is for your files. If you have any questions, please call me at the telephone number provided below.

      Very truly yours,

      GEOFFREY S. BERMAN
      United States Attorney

    By: <u>   s/ Dianna Martinez</u>
      DIANNA MARTINEZ
      Legal Assistant
      Tel. No.: (212) 637-2765

Encs.

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-2713

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
JACQUELINE M. LAJARA,
:
                Plaintiff,     **STIPULATION AND ORDER**
:     **OF REMAND**
    v.
:     20 Civ. 0880 (LJL)
ANDREW M. SAUL,
Commissioner of Social Security,   :

                Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the

defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

**1** of 2

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
June 1, 2020

                                                                                     _____
JACQUELINE M. LAJARA
Plaintiff Pro Se
571 East 167th Street, Apt. 1G
Bronx, New York 10456
Telephone No. (929) 285-6475

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No. (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE